IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WM WRIGHT COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:07-0259 |
| v. ) | JUDGE HAYNES |
| ) | |
| STANDARD MOTOR PRODUCTS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon review of the file, counsel did not file a revised case management order after the Court's ruling on the motion to dismiss. See Docket Entry No. 17 at p. 2 and Docket Entry No. 19. The trial set for May 20, 2008 is **CONTINUED**. Counsel shall file a revised case management order within ten (10) days after entry of this Order.

It is so **ORDERED**.

**ENTERED** this the 9th day of April, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge